ORIGINAL

MYLES S. BREINER    4364
Attorney at Law, Inc., ALC
345 Queen Street, Suite 200
Honolulu, Hawaii   96813
Telephone: (808) 526-3426

Attorney for Defendant
EDGAR ECHAVEZ PANCIPANCI

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 0 1 2006

at __1__ o'clock and __9__ min. __P__M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDGAR ECHAVEZ PANCIPANCI,<br><br>Defendant. | Cr. No. 05-00079 DAE-01<br><br>DEFENDANT'S SENTENCING STATEMENT; CERTIFICATE OF SERVICE |

### DEFENDANT'S SENTENCING STATEMENT

Defendant EDGAR ECHAVEZ PANCIPANCI, by and through his attorney, MYLES S. BREINER, hereby submits the following sentencing statement to the U.S. Probation Department's Proposed Presentence Report dated April 21, 2006.

Defendant Pancipanci has no objections to the basic facts and Guideline computations contained in the Proposed Presentence Report. According to the Memorandum of Plea Agreement, the Government may file a Motion for Downward Departure, pursuant to 18 U.S.C §3553(e), requesting the Court impose a sentence below the mandatory minimum term, based on the defendant's timely and substantial assistance.

Defendant reserves the right to submit a Supplemental Sentencing Statement, and

present such witnesses and testimony as may be deemed necessary and relevant at the time of sentencing.

Dated:    Honolulu, Hawaii _____, 2006.

_____
MYLES S. BREINER

Attorney for Defendant
EDGAR ECHAVEZ PANCIPANCI

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy that the foregoing document will be duly served upon the following party(ies) via **hand delivery** on _____, 2006.

      TO:    MIKE K. KAWAHARA
                 Assistant U.S. Attorney
                 6100 PJKK Federal Building
                 300 Ala Moana Boulevard
                 Honolulu, Hawaii    96813

                 NEIL W. TSUKAYAMA
                 U.S. Probation Office
                 PJKK Federal Building
                 300 Ala Moana Boulevard
                 Honolulu, Hawaii    96813

Dated:     Honolulu, Hawaii _____, 2006.

                                       _____
                                       MYLES S. BREINER

                                       Attorney for Defendant
                                       EDGAR ECHAVEZ PANCIPANCI