EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

MICHAEL K. KAWAHARA  1460
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii  96850
Telephone:  541-2850
Facsimile:  541-2958
Mike.Kawahara@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-0079DAE |
| | ) | |
| Plaintiff, | ) | MOTION FOR DEPARTURE DOWNWARD |
| | ) | IN SENTENCING DEFENDANT |
| VS. | ) | PURSUANT TO U.S.S.G. 5K1.1 |
| | ) | |
| EDGAR ECHAVEZ PANCIPANCI, | ) | Sentencing date: 6/05/06 at |
| | ) | 3:00 p.m., before the Hon. |
| Defendant. | ) | David Alan Ezra, U.S. |
| _____ | ) | District Judge |

**MOTION FOR DOWNWARD DEPARTURE IN SENTENCING
DEFENDANT PURSUANT TO U.S.S.G. 5K1.1**

The United States of America, by and through its undersigned counsel, hereby moves this Honorable Court to depart downwards in imposing sentence upon defendant above-named, due to his substantial assistance to and cooperation with law enforcement authorities in the investigation or prosecution of other persons who have committed an offense.

This motion is made pursuant to U.S. Sentencing Commission Guideline 5K1.1, and is based upon the information contained in the sealed "Factual Basis for Motion for Departure Downward in Sentencing Defendant", filed concurrently herewith.

DATED:  Honolulu, Hawaii, May 30, 2006.

>EDWARD H. KUBO, JR.
>United States Attorney
>District of Hawaii
>
>By /s/ Michael K. Kawahara
>   MICHAEL K. KAWAHARA
>   Assistant U.S. Attorney

## **CERTIFICATE OF SERVICE**

       I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

Myles S. Breiner    mbreiner@hawaii.rr.com   May 30, 3006

  Attorney for Defendant
  Edgar Echavez Pancipanci

Served by hand-delivery:

   Probation Officer                           May 30, 2006
   300 Ala Moana Blvd.,
   Box 50111, Rm. C-126
   Honolulu, HI  96850

                                                  /s/ Rowena N. Kang