AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

| | | |
|---|---|---|
| CASE NUMBER: | 1:05CR00079-001 | Judgment - Page 2 of 6 |
| DEFENDANT: | EDGAR ECHAVEZ PANCIPANCI | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of <u>120 MONTHS</u>.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 01 2006

at __9__ o'clock and ____ min. ____M
SUE BEITIA, CLERK

[✔] The court makes the following recommendations to the Bureau of Prisons:
Terminal Island, CA. Drug treatment. Mental health treatment. Educational and Vocational training. 500 hour drug treatment program.

[✔] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
   [ ] at ___ on ___.
   [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   [ ] before _ on ___.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on __9/20/16__ to __FCI HERLONG__

at __2:30 pm__, with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
       Deputy U.S. Marshal
       BOP